FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2016 JUL 18  PM 4: 02

BY_____ DEPUTY

# EMERGENCY

CCB-16-2612

Joseph Purvey
Purvey P.O. Box 13441
Baltimore, MD 21203
(667) 216-1536

Emergency Affidavit of Truth

Requiring a "stay" of actions, lawsuits and claims regarding the STATE of MARLAND, BALTIMORE CITY and ~~the sees~~ the living Man Joseph Purvey regarding the Estate of JOSEPH EARL PURVEY JR. because of Extreme Color of Law violations Exhibited by the following STATE of MARLAND ~~agent~~ ageneies and agents acting in their own personal copacity, but not limited to ~~just~~ those listed and enclosed with this Affidavit of truth requiring Immediate intervention by the federal government to prevent further waste, fraud, criminal & civil damages, loss of life and property, and additional violations of the United States Constitution and United States code of laws.

~~The Circuit Court of Baltimor~~

A)  The CIRCUIT COURT of BALTIMORE.CITY

A1  J. Yvette Bryant

A2  J Kenda Ausby

A3  J. Micheal Pierson

A4  The BALTIMORE CITY CIRCUIT COURT COORDINATOR office
    Sue German

1

A5 MS. Greene

A6 B. MEDICAL SERICES DIVISION

A7 DR. Harriet S. Miller
A8 Kisha Sog Porris Jacques

D BALTIMORE CITY SHERIFF'S DEPARTMENT

A9 THE CLERK'S OFFICE of BALTIMORE CITY CIRCUIT COURT FAMILY DIVISION

C THE MARLAND DEPARTMENT of SOCIAL SERVICES

D THE MARLAND BAR ASSOCIATION
THE OFFICE of THE PUBLIC DEFENDER BALTMORE CITY

E THE OFFICE OF THE STATE'S ATTORNEY FOR BALTIMORE CITY

F THE OFFICE OF THE STATE'S ATTORNEY FOR ANNE ARUNDEL COUNTY

2

G ANNE ARUNDEL COUNTY
) POLICE DEPARTMENT
EASTERN DISTRICT

H Captain Saun Urbas
Lt. Powell
Lt. Closse
Cpl Burkhardt
Cpl Johnson
Cpl Funk
All officers responding to calls for
Service to 8000 Donna Court Apt.
2C

I ANNE ARUNDEL COUNTY
PUBLIC SCHOOL SYSTEM

I. RIPPLING WOODS ELEMENTARY
SCHOOL
Former Principal: Micheal Powell
Current Principal: Tammy Scott
Vice Principal: Sandra Bell
School Counsler Renee Jefferson
Bob Yatsuk
Doyle Batten
Lisa Snead
Dawn Lacarelli
Susan
Bobbi

3

J    THE DISTRICT COURTS
     OF MARYLAND FOR BALTIMORE CITY

J1       Judge Micheal Dunn

J2       Judge Diane Smith

K    THE HOUSE OF RUTH.

L    THE Glen Burnie COURT
     COMMISIONER OFFICE

     ~~NORTHERN D.~~

M    BALTIMORE CITY POLICE
     DEPARTMENT NORTHERN DISTRICT

M1       P.O JEREMY FOSTER

M2       P.O Guitierez

M3   All P.O officer involved in Feb 2016 illizal
     raid and search of ~~apto~~ Boseph Purvy's
     apartment

N    Additional DISTRICT COURT.
     OF MARYLAD JUDGES and public
     Officials at 501 E. Fayette St

N1           Hon Devy Patterson Russell

W2   EVICTICTION PREVENTION



The person, property, and livelyhood of the living Man Joseph Purvey is under constant duress as a result of actions and activities taken or failed to be acted on by the preceding public officials listed above. As the moving / petitioning party in many of the active state matters Joseph Purvey requires timely redress and closure on a fair and just basis that has been and will only continue to be circumvented as all of the agencies of the state lock Arms in order of MARYLAND Lock Arms in desperate support of defending each others Color of LAW Violations,

Joseph Purvey affirms on his OATh as a Man that all of. the fore going facts and information are true and correct to the best of his Knowledge and ability

This Affidavit is filed in good faith

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2016 JUL 18 PM 3:53

AT BALTIMORE

BY_____

# Notice of reservation of Rights and Standing of a Man

Notice is hereby given the Man who's human and GOD given rights whom you or those operating underneath or with you that have been violated is working in the capacity of a civil Rights investigator. This Man DEMANDS all of his rights, at all times, and does not waive any of his rights, including the rights to personal time and property at any time. You are hereby noticed and warned that from the time you detain him and deprive him of a right, of any of his rights that your actions will be scrutized. Every illegal unlawful action or inaction you take will be documented for Civil and Criminal prosecution forth coming under USc titles 18, title 28 and title 42 1983. This Notice is made in good faith